AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA
v.
COREY A. HILL, aka "C-Note"

FILED
JUN 2 0 2008  T.C
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE KEYS

**WARRANT FOR ARREST**

Case Number: **08CR 486**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    COREY A. HILL, aka "C-Note"
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly and intentionally distributing a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance.

in violation of Title   21   United States Code, Section(s)   841 (a)(1)

_Arlander Keys_                               _Arlander Keys_
Name of Issuing Officer                        Signature of Issuing Officer

_Magistrate Judge_                             June 19, 2008, Chicago, Illinois
Title of Issuing Officer                       Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

150 S. Lincolnway N. Aurora, IL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/19/08 | TFO GREG SPAYTH  ATF | GS #327 |

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|

| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| |

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate     Date