MAGISTRATE JUDGE KEYS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOHN W DARRAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 486 |
| | ) | |
| v. | ) | Violation: Title 21, |
| | ) | United States Code, |
| COREY A. HILL, | ) | Section 841(a)(1) |
| also known as "C-Note" | | |

FILED
JUL 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE SPECIAL JUNE 2007 GRAND JURY charges:

On or about March 28, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

COREY A. HILL,
also known as "C-Note"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY