MAGISTRATE JUDGE KEYS

JUDGE JOHN W. DARRAH    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**



FILED

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**    JUL 1 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☐    YES ☒    If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 486**    *US v. Corey A. Hill Keys*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒    YES ☐

   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒    YES ☐

6) What level of offense is this indictment or information?    **FELONY** ☒    **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**    NO ☒    YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☒    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide . . . . . . . . . . . . . (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery . . . . . . . . . . . (II)
   ☐ Post Office Robbery . . . . . . (II)
   ☐ Other Robbery . . . . . . . . . (II)
   ☐ Assault . . . . . . . . . . . . . . . (III)
   ☐ Burglary . . . . . . . . . . . . . (IV)
   ☐ Larceny and Theft . . . . . . . (IV)
   ☐ Postal Embezzlement . . . . . . (IV)
   ☐ Other Embezzlement . . . . . . (III)

   ☐ Income Tax Fraud . . . . . . . . . . . (II)
   ☐ Postal Fraud . . . . . . . . . . . (II)
   ☐ Other Fraud . . . . . . . . . . . (III)
   ☐ Auto Theft . . . . . . . . . . . (IV)
   ☐ Transporting Forged Securities . . (III)
   ☐ Forgery . . . . . . . . . . . (III)
   ☐ Counterfeiting . . . . . . . . . (III)
   ☐ Sex Offenses . . . . . . . . . . . (II)
   ☐ DAPCA Marijuana . . . . . . . (III)
   X DAPCA Narcotics . . . . . . . . . . . (III)

   ☐ DAPCA Controlled Substances . . . . (III)
   ☐ Miscellaneous General Offenses . . . . (IV)
   ☐ Immigration Laws . . . . . . . . . . . . . (IV)
   ☐ Liquor, Internal Revenue Laws . . . . . (IV)
   ☐ Food & Drug Laws . . . . . . . . . . . (IV)
   ☐ Motor Carrier Act . . . . . . . . . . . . . . (IV)
   ☐ Selective Service Act . . . . . . . . . . (IV)
   ☐ Obscene Mail . . . . . . . . . . . . . (III)
   ☐ Other Federal Statutes . . . . . . . . . . (III)
   ☐ Transfer of Probation Jurisdiction . . (V)

10) List the statute of each of the offenses charged in the indictment or information.

   21USC § 841(a)(1)

   Michael O. Lang
   Assistant United States Attorneys

(Revised 12/99)