UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 486 |
| | ) | Hon.  John W. Darrah |
| COREY A. HILL, | ) | |
| also known as, "C-Note" | ) | |

### INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 841(a)(1) charged in Count One of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Indictment:

(i)  On or about March 12, 1999, in the Circuit Court of Kane County, Illinois, in case number 97 CF 2262, defendant COREY A. HILL was convicted of unlawful possession of a controlled substance, a class 4 felony, in

violation of the Ill. Compiled Statutes 720, Section 570/402(c), and sentenced to one year in the Illinois Department of Corrections.

WHEREFORE, the government gives notice that defendant has one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 841(a)(1), charged in Count One of the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii).

Dated:    Chicago, Illinois
         July 18, 2008

                                    Respectfully submitted.
                                    PATRICK J. FITZGERALD
                                    United States Attorney

                          By:    /s/Michael O. Lang
                                 Michael O. Lang
                                 Assistant United States Attorney
                                 219 South Dearborn Street -
                                 5th Floor
                                 Chicago, Illinois 60604
                                 (312) 353-5351

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

<u>INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT</u>

was, on July 18, 2008, served pursuant to the district court's ECF system as to ECF filers.

          By: <u>s/Michael O. Lang</u>
             MICHAEL O. LANG
             Assistant United States Attorney
             219 S. Dearborn Street,
             5th Floor
             Chicago, Illinois 60604
             (312) 353-5351