# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 486 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Corey Hall | | |

**DOCKET ENTRY TEXT**

Preliminary examination held. Enter a finding of probable cause. The Defendant is ordered bound to the district court for further proceedings. The Defendant waives his right to detention hearing without prejudice to his right to address the issue of bond at a later date.

Docketing to mail notices.

00:015

| | Courtroom Deputy Initials: | AC |
|---|---|---|