# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 486 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Corey Hall | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 8/4/08. Pretrial motions to be filed by 8/11/08. Responses to pretrial motions are due by 8/18/08; replies thereto, due by 8/25/08. Status hearing set before Judge Darrah on 9/4/08 at 9:45 aa.m. Time is excluded pursuant to 18:3161(h)(l).

Xt1

Docketing to mail notices.

00:08

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 29 AM 11:45
FILED-FED