CORRESPONDENCE TO BE FILED ON BEHALF OF CORY HILL CASE NO: 08 CR 486

**FILED**
Aug 13, 2008
AUG 1 3 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Daniel Martin,

    I am having some concerns that in just under 2 months You haven' been the least Pro-active in My case. I have not received my Indictment and I'm also concerned that there has not been a trial date set in my case. This is the most important issue I have on the 8/25 court date I want you to set the matter for trial and Proceed with My case under the Speedy Trial Act. I will send you a copy of this letter and notify the Court of my position.

    Listen I want to have the kind of representation I am sure you will provide and value Yourself.

CORY HILL