# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 486 - 1 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Corey A. Hill | | |

**DOCKET ENTRY TEXT**

Status hearing held. Pretrial motions to be filed by 9/18/08. Response by 10/1/08. Status hearing and ruling on motions set for 10/7/08 at 9:00 a.m. Jury trial set for 11/17/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 11/17/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|